**Order entered October 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01074-CV
No. 05-16-01075-CV
No. 05-16-01076-CV
No. 05-16-01077-CV

**IN RE: LARRY B. JOHNSON, Relator**

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F-08-11151-H, F-08-11221-H,**
**F-09-00661-H, and F-09-00662-H**

## ORDER

Based on the Court's opinion of this date, we **DENY AS MOOT** relator's September 9, 2016 petition for writ of mandamus.

/s/      BILL WHITEHILL
JUSTICE